## UNITED STATE DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Jeffrey Warwas,                                                                Civil No: 05-342 (RHK/RLE)

           Plaintiff,

v.

                                             **ORDER GRANTING**
                                             **MOTION TO EXTEND**
                                             **COURT JURISDICTION**

Appert's, Inc., a Minnesota corporation,
d/b/a Appert's Foodservice, Inc.,

           Defendant.

---

      This matter came before the undersigned Judge of District Court upon Plaintiff's Motion to extend the Court's jurisdiction under the terms set forth in its Order of Dismissal of March 10, 2006 for a period of forty-five (45) days to complete the necessary paper work for the settlement of the case.

      IT IS HEREBY ORDERED that the Court shall retain jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 10, 2006

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge