# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey Warwas, | Civil No. 05-342 (RHK/RLE) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Appert's Inc., a Minnesota Corporation, d/b/a Appert's Foodservice, Inc. | |
| Defendant. | |

Based upon the Stipulation of Dismissal with Prejudice entered into by the parties and upon Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED**:

That the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: June 29, 2006

　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　United States District Judge